UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23171-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ARBITRADE LTD.;
CRYPTOBONTIX INC.;
TORY R.J. HOGG;
JAMES L. GOLDBERG;
STEPHEN L. BRAVERMAN;
MAX W. BARBER;
SION TRADING FZE,

    Defendants.
_____/

**ORDER ON MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

    **THIS CAUSE** is before the Court Defendant Max W Barber's Motion for Extension of Time to Respond, Dismissal of Motion Order on Default Procedures, ECF No. [56] ("Motion"). The Motion requests that the Court dismiss Plaintiff's motion for Order on Default Procedures and enter an order allowing 60 days extension to file an answer to the Complaint for Defendants Max W Barber and SION Trading FZE. The Court has reviewed the Motion, the record in this case, the applicable law and is otherwise fully advised.

    Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [56]**, is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Court **GRANTS IN PART** Defendant Max W Barber's request for an extension of time to respond to the Complaint. Defendant Max W Barber shall respond to the Complaint on or before **March 2, 2023**.

Case No. 22-cv-23171-BLOOM/Otazo-Reyes

2. The Court **DENIES** the Motion to the extent it requests the Court strike its Order on Default Procedures, ECF No. [43].

3. Because Defendant SION Trading FZE is an entity it must be represented by counsel and cannot be represented by an individual appearing *pro se*. The extension of time requested by Defendant Max W. Barber on behalf of Defendant Sion Trading FZE is therefore **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 16, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Max W Barber
1028 S 1900 E
Salt Lake City, UT 84108-1861
Pro Se