UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23171-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ARBITRADE LTD.;
CRYPTOBONTIX INC.;
TORY R.J. HOGG;
JAMES L. GOLDBERG;
STEPHEN L. BRAVERMAN;
MAX W. BARBER;
SION TRADING FZE,

    Defendants.
_____/

## ORDER OF DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Plaintiff initiated this case against Defendant Sion Trading FZE ("Defendant") on September 30, 2022. ECF No. [1] ("Complaint"). A summons was issued as to Defendant that same day. ECF No. [3]. Plaintiff effectuated service of the summons and Complaint on Defendant on January 17, 2023, setting a response deadline of February 7, 2023. ECF No. [41]. When Defendant failed to timely respond to the Complaint, the Court entered an Order on Default Procedures, ECF No. [43] ("Order"), allowing Defendant additional time to respond and directing Plaintiff to file a motion for clerk's default by February 22, 2023 in the event that Defendant again failed to respond. In the Order, the Court also advised Plaintiff that the failure to timely move for clerk's default as to Defendant may result in dismissal without prejudice as to Defendant. *See* ECF No. [43] at 1-2. To date, Plaintiff has not filed a motion for entry of clerk's default as to Defendant in accordance with the Order,

Case No. 22-cv-23171-BLOOM/Otazo-Reyes

nor has Plaintiff sought additional time in which to do so.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled case is **DISMISSED WITHOUT PREJUDICE** as to Defendant Sion Trading FZE.

2. The case shall proceed as to all remaining Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 23, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record