UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION

PLAINTIFF(S)

CASE NUMBER
1:22−cv−23171−BB

v.

ARBITRADE LTD., et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**MAX W. BARBER**

as of course, on the date March 10, 2023.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Dimas Rodriguez*
Deputy Clerk

cc:  Judge Beth Bloom
     Securities and Exchange Commission

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)