UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23171-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ARBITRADE LTD.;
CRYPTOBONTIX INC.;
TORY R.J. HOGG;
JAMES L. GOLDBERG;
STEPHEN L. BRAVERMAN;
MAX W. BARBER;
SION TRADING FZE,

    Defendants.
_____/

## ORDER ON DEFAULT PROCEDURES

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. On February 8, 2023, the Court entered an Order on Default Procedures in which it ordered Defendants to respond to Plaintiff's Complaint by or before February 15, 2023. ECF No. [43]. Subsequently on February 15, 2023, Defendant Max W. Barber ("Defendant") filed a Motion for Extension of Time to Respond to the Complaint. ECF No. [56]. The Court granted in part the requested extension of time as to Defendant, setting a new response date of March 2, 2023. *See* ECF No. [57]. To date, Defendant has failed to answer or otherwise respond to the Complaint. Accordingly, it is **ORDERED AND ADJUDGED** that

    1.    Plaintiff shall submit a Motion for Entry of Clerk's Default with respect to Defendant no later than **March 17, 2023**, that includes the certificate of service indicating that notice of this Order was sent to Defendant, including

Case No. 22-cv-23171-BLOOM/Otazo-Reyes

the address or addresses to which it was sent. Plaintiff's failure to file a Motion for Entry of Clerk's Default within the specified time may result in **dismissal** without prejudice and without further notice as to Defendant.

2. Plaintiff is directed to serve a copy of this Order upon Defendant.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 10, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Max W Barber
1028 S 1900 E
Salt Lake City, UT 84108-1861
Pro Se