UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: AMENDED MODIFICATION OF
MAGISTRATE JUDGE PAIRING
ASSIGNMENT FOR MIAMI
_____/

### CERTIFICATION OF CASE FOR REASSIGNMENT

This matter is before the undersigned Magistrate Judge pursuant to Administrative Order No. 2024-80 and 81 that modifies the Magistrate Judge pairing plan for the Miami Division of this Court. Pursuant to such Orders, the Court's Internal Operating Procedures, and at the direction of the presiding District Judge, the undersigned hereby certifies that, in the cases in which this Order is filed, there are no pending or ripe matters referred prior this date. Accordingly, these cases are ready for re-assignment to the newly paired Magistrate Judge assigned to District Judge Melissa Damian.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of October, 2024.

          /s/    *Edwin G. Torres*
EDWIN G. TORRES
Chief United States Magistrate Judge

cc:    The Honorable Melissa Damian
        The Honorable Ellen D'Angelo