UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-23171-DAMIAN/D'Angelo

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ARBITRADE LTD, *et al.*,

    Defendants.
_____/

### ORDER SETTING STATUS CONFERENCE

**THIS MATTER** is set for a Status Conference on **November 15, 2024, at 12:00 p.m.**, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128. The specific courtroom location will be provided in advance of the hearing. The parties shall be prepared to address all pending motions and scheduling matters.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 8th day of November, 2024.

                                                      **MELISSA DAMIAN**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record