UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-23171-DAMIAN/D'Angelo

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ARBITRADE LTD, *et al.*,

    Defendants.
_____/

## ORDER SETTING STATUS CONFERENCE

**THIS CAUSE** is before the Court on the Amended Motion to Withdraw as Counsel for Defendant, James L. Goldberg and Motion to Stay Case, [ECF No. 151] ("Amended Motion to Withdraw"), filed by the law firm of Lehr Levi & Mendez, P.A., on December 19, 2024, and the parties' Joint Motion for Status Conference [ECF No. 152] ("Joint Motion"), filed December 23, 2024.

THE COURT has reviewed the Motions and the pertinent portions of the record and is otherwise fully advised. Counsel for Defendant James L. Goldberg seeks to withdraw as counsel of record and requests a thirty (30) day stay of the case to permit Defendant Goldberg to retain new counsel. In the Joint Motion, the parties request that the Court schedule a status conference via Zoom to address the current pretrial deadlines and trial date in light of counsel's request to withdrawal. Accordingly, it is

**ORDERED** as follows:

1.    The parties' Joint Motion for Status Conference [**ECF No. 152**] is **GRANTED**. This matter is set for a Status Conference on **January 14, 2025, at 3:30 p.m.**,

via Zoom remote video conferencing. The parties shall be prepared to address all pending matters, including the Amended Motion to Withdraw and scheduling matters. The Court will provide the Zoom information to all the parties prior to the hearing.

2. The original Motion to Withdraw as Counsel for Defendant, James L. Goldberg and Motion to Stay Case [**ECF No. 150**], filed December 17, 2024, is **DENIED AS MOOT** in light of the filing of the Amended Motion.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 27th day of December, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record