# EXPERT REPORT OF FAISAL AHMED

## Addendum to Attachment A: Résumé

Faisal Ahmed
Managing Partner & CEO
AKW Tax Reclaim Accounting and Consultancy
Dubai, United Arab Emirates
faisal.ahmed@akwconsultants.com

**PROFESSIONAL EXPERIENCE**

Faisal has planned, executed, and concluded more than eleven annual independent third-party reviews on behalf of the Ministry of Economy ("MoE") for assessing the refinery's compliance with the MoE Due Diligence Regulations for Responsible Sourcing of Gold. Additionally, Faisal leads a team of professionals specialising in site-based due diligence for responsible sourcing of gold. Under Faisal's guidance, the team has conducted several supply chain compliance and integrity reviews in Africa and Latin America covering mines, processing plants and refineries. This included both financial and non financial due diligence engagements.

Since the last three years, Faisal has been imparting training on Responsible Sourcing of Gold conducted by the Dubai Multi Commodities Centre ("DMCC"). Faisal works closely, in advisory capacity, with the Africa Responsible Mineral Sourcing Initiative ("ARMSi") and Africa Mineral Strategy Group ("AMSG") to establish a responsible mineral sourcing ecosystem across Africa and secure the supply chain of Gold Refineries in the UAE sourcing from Africa. This includes building common standards for sourcing and supply of gold from African member countries to the gold refineries globally.

# EXPERT REPORT OF FAISAL AHMED

**List of documents relied upon in the Expert Report outside of the defendants' documents**

1. The UAE Good Delivery Standard (Emirates Bullion Market Committee UAE Good Delivery Accreditation Rules & Emirates Bullion Market Committee Rules for Risk Based Due Diligence in the Gold Supply Chain)
2. The LBMA Standard (LBMA Responsible Gold Guidance)
3. The OECD Due Diligence Guidance for Responsible Supply Chains of Minerals from Conflict-Affected and High-Risk Areas
4. The UAE's Ministry of Economy ("MoE") – Due Diligence Guidance for Responsible Sourcing of Gold
5. Federal Decree-Law No. (20) of 2018 on Anti-Money Laundering, Combating the Financing of Terrorism and Financing Illegal Organizations, the United Arab Emirates
6. Cabinet Decision No. (10) of 2019 Concerning the Implementing Regulation of Decree Law No. (20) of 2018, the United Arab Emirates
7. LBMA Best Practice Guidelines Used by "Loco London" Vaults Opening a new vault for the storage of precious metals
8. Federal Law No. 7 of 2014 on Combating Terrorism Offences.
9. Regulation No. 1/2019 regarding declaration of currencies, negotiable bearer financial instruments, precious METALS& precious stones in possession of travellers entering or leaving the UAE (issued by the UAE Central Bank on 14/1/2019 pursuant to Article 8 of Federal Law No. 20/2018)
10. Dubai Good Delivery Standards (DGDS) – DMCC Rules for Risk Based Due Diligence in the Gold and Precious Metals Supply Chain
11. DMCC Practical Guidance – Market Participants in the Gold and Precious Metals Industry – Version 1, April 2012