# G4S

جي ٤ اس
ص.ب: ٣٢٦٣٤
القوز – دبي
الإمارات العربية المتحدة

تلفون: ٠٠٨٥١٨٣-٤-١٧٩+
فاكس: ٥٦٩٢٨٣٣-٤-١٧٩+

G4S
P.O. Box 32634
Al Quoz - Dubai
United Arab Emirates

Tel.: +971 4 381 5800
Fax: +971 4 338 2965
Email: info@uae.g4s.com
www.g4s.ae

## Safe Keeping Receipt

Receipt Reference No: **CVIT/2018/0064**

This is to confirm that G4S Cash Services LLC in Dubai, United Arab Emirates has vaulted the below package under **Security Seal No # 602000108807** effective 26th July 2018.

Under the account of:   SION Trading FZE
P.O. Box 323281
Ras Al Khaimah
Trade License No: 5012510

Package details and said to contain:

| | | |
|---|---|---|
| GOLD 395,000.00 Kgs | : | **Original Certificate of Guarantee No BC R.R. 07045**<br>Zurich 140702<br>L.B 209.045.702.0118 |
| Date of Storage | : | 26 July 2018 |
| Country of Storage | : | Dubai, United Arab Emirates. |
| Place of Storage | : | G4S Strong Room / Vault. |
| Number of Pieces | : | 1 piece / Container. |

We, G4S Cash Services LLC, herewith irrevocably confirm that we took in to our safekeeping, the depositor's goods as stated "Said to contain" under sealed and secured condition with seal number: **D167794**.

We herewith undertake that we will not raise any claim of encumbrance and Storage period can be extended as per client request.

Please do not hesitate to contact the under signed on email (peter.walters@uae.g4s.com) for any clarification.

*[signature]*

Peter Walters
Managing Director
G4S Cash Services LLC
Dubai, United Arab Emirates

**Securing Your World**

ISO 9001 CERTIFIED   VINÇOTTE

G4S
Head Office
Chain Tower Building
First Floor
Muroor Road
Abu Dhabi - UAE