UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-23171-DAMIAN/D'ANGELO

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ARBITRADE LTD., CRYPTOBONTIX INC.,

TROY R.J. HOGG, JAMES L. GOLDBERG,

STEPHEN L. BRAVERMAN, and MAX W. BARBER,

Defendants.

_____/



FILED BY ___ D.C.

DEC 15 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Date: December 15, 2025

Clerk of Court

U.S. District Court

Southern District of Florida

400 North Miami Avenue

Miami, FL 33128

Re: SEC v. Arbitrade Ltd., et al.

Case No. 22-CV-23171-DAMIAN/D'ANGELO

Submission of Joint Notices and Responses

**To the Clerk:**

Please accept for filing the following documents submitted jointly by Defendants Troy R.J. Hogg and James L. Goldberg, who appear pro se:

1. Joint Notice of Special Objection to the Scope and Use of the SEC's Expert Testimony

2. Notice of Supplemental Authority

3. Consolidated Response in Opposition to DE 537, DE 537-1, DE 542, and DE 546

Should the Court require any additional information, please let us know.

Respectfully,



James L. Goldberg

Pro Se Defendant

515 NW 120th St, Miami, FL 33168

james_goldberg@msn.com | (305) 785-6900

Troy R. J. Hogg

Pro Se Defendant

72859 Sunridge Crescent

Dashwood, Ontario, Canada

troyhogg2020@protonmail.com | (519) 330-6570