UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-23171-DAMIAN/D'ANGELO

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ARBITRADE LTD., CRYPTOBONTIX INC.,

TROY R.J. HOGG, JAMES L. GOLDBERG,

STEPHEN L. BRAVERMAN, and MAX W. BARBER,

Defendants.

_____/

FILED BY __ACO__ D.C.

DEC 19 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**DEFENDANTS HOGG AND GOLDBERG'S NOTICE OF FILING SUPPLEMENTAL SANCTIONS MATERIALS**

Defendants Troy R.J. Hogg and James L. Goldberg, appearing pro se, hereby give notice of the filing of the following materials in connection with the sanctions issues previously set for hearing on October 15th, 2025 and stayed during the federal government shutdown:

1. Defendants Hogg and Goldberg's Supplemental Sanctions Memorandum, submitted to complete and organize the sanctions record based on sworn deposition testimony and documentary exhibits already produced in discovery; and

2. Defendants Hogg and Goldberg's Evidence Proffer, submitted solely to identify, in neutral and itemized form, the record evidence cited in the Supplemental Sanctions Memorandum.

These filings do not seek new relief, do not request reconsideration of any prior ruling, and do not request the reopening of discovery. They are submitted to facilitate resolution of the sanctions issues on the existing record. Because the matters presented turn exclusively on documentary evidence and sworn testimony already before the Court, Defendants respectfully submit that no evidentiary hearing is required unless the Court determines otherwise.

Defendants defer entirely to the Court's discretion as to whether, and to what extent, any further proceedings are necessary.

Dated: December 19th, 2025

Respectfully,

_____

James L. Goldberg

Pro Se Defendant

515 NW 120th St, Miami, FL 33168

james_goldberg@msn.com | (305) 785-6900

_____

Troy R. J. Hogg

Pro Se Defendant

72859 Sunridge Crescent

Dashwood, Ontario, Canada

troyhogg2020@protonmail.com | (519) 330-6570