UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-23171-DAMIAN/D'ANGELO

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ARBITRADE LTD., CRYPTOBONTIX INC.,

TROY R.J. HOGG, JAMES L. GOLDBERG,

STEPHEN L. BRAVERMAN, and MAX W. BARBER,

Defendants.

_____/

FILED BY _MCO_ D.C.

DEC 19 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Date: December 19th, 2025

Clerk of Court

Re: SEC v. Arbitrade Ltd., et al.

Case No. 22-cv-23171-DAMIAN/D'ANGELO

Dear Clerk of Court,

I respectfully submit the enclosed documents for filing in the above-referenced action:

1. Defendants Hogg and Goldberg's Notice of Filing Supplemental Sanctions Materials.

2. Defendants Hogg and Goldberg's Supplemental Sanctions Memorandum;

3. Defendants Hogg and Goldberg's Evidence Proffer in Support of Supplemental Sanctions Memorandum; and

These filings are submitted to complete and organize the sanctions record previously set for hearing and stayed during the federal government shutdown. No new relief is requested, and no exhibits are attached, as all referenced materials are already part of the record and are identified by exhibit number and Bates range in the Evidence Proffer.

Please file these documents as of the date received and return a file-stamped copy if appropriate. If any procedural issue arises regarding filing, I respectfully request notice so it may be promptly addressed.

Thank you for your assistance.

Respectfully,

_____

James L. Goldberg

Pro Se Defendant

515 NW 120th St, Miami, FL 33168

james_goldberg@msn.com | (305) 785-6900

_____

Troy R. J. Hogg

Pro Se Defendant

72859 Sunridge Crescent

Dashwood, Ontario, Canada

troyhogg2020@protonmail.com | (519) 330-6570